IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

KELVIN FRAZIER,

    Petitioner,

v.                                                                    3:09cv340-WS

WALTER A. MCNEIL,

    Respondent.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation docketed January 25, 2010. See Doc. 16. The magistrate judge recommends that the petitioner's petition for writ of habeas corpus be denied. The petitioner has filed no objections to the magistrate judge's report and recommendation.

This court having determined that the magistrate judge's report and recommendation should be adopted, it is ORDERED:

    1. The magistrate judge's report and recommendation (doc. 16) is hereby ADOPTED and incorporated by reference into this order.

    2. The petitioner's petition for writ of habeas corpus (doc. 1) is DENIED.

    3. The clerk shall enter judgment accordingly.

    4. A certificate of appealability shall not issue as the petitioner has not made a substantial showing of the denial of a constitutional right.

DONE AND ORDERED this __8th__ day of __March__, 2010.


                                          s/ William Stafford
                                          WILLIAM STAFFORD
                                          SENIOR UNITED STATES DISTRICT JUDGE